UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VASUDEVAN SOFTWARE INC.

*E-Filed 01/19/2010*

Plaintiff(s),
v.
INTERNATIONAL BUSINESS MACHINES CORP. and ORACLE CORP.

Defendant(s).

CASE NO. 5:09-cv-05897-RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew G. Heinz, an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4675, (212) 446-4800, andrew.heinz@kirkland.com

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing International Business Machines Corporation ("IBM Corp.").

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 01/19/2010

United States ~~Magistrate~~ Judge
District

RECEIVED
JAN 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE