IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | **No. C 09-05897 RS** |
| Plaintiff, | **ORDER GRANTING MOTIONS TO WITHDRAW** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION, | |
| Defendants. | |
| _____/ | |

Pursuant to their motions for withdrawal filed February 10, 2010, S. Calvin Capshaw, Elizabeth DeRieux, D. Jeffrey Rambin, and their firm Capshaw DeRieux LLP; Robert M. Parker, Robert C. Bunt, and their firm Parker, Bunt, & Ainsworth, P.C.; and Otis W. Carroll and his firm Ireland, Carroll & Kelley, P.C., are authorized to withdraw as counsel of record. The Clerk of Court is directed to make the appropriate changes in the docket.

IT IS SO ORDERED.

Dated: 02/11/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1