Dave Nelson (*admitted pro hac vice*)
davenelson@quinnemanuel.com
Jennifer Bauer (*admitted pro hac vice*)
jenniferbauer@quinnemanuel.com
Ellen Padilla (*admitted pro hac vice*)
ellenpadilla@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
500 W. Madison, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Matthew Sarboraria (CA Bar No. 211600)
ORACLE CORPORATION
500 Oracle Parkway, 7th Floor
Redwood Shores, CA  94065
Telephone: (650) 506-7200
matthew.sarboraria@oracle.com

Attorneys for Defendant
ORACLE CORPORATION

** E-filed July 20, 2010 **

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>      Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. AND ORACLE CORP.<br><br>      Defendants. | CASE NO. 5:09-CV-05897-RS<br><br>**JOINT STIPULATION REGARDING SOURCE CODE**<br>**AS AMENDED BY THE COURT**<br><br>**[Re: Docket No. 142]** |

**ORACLE CORPORATION AND VASUDEVAN SOFTWARE INC.'S JOINT
STIPULATION REGARDING SOURCE CODE**

Defendant Oracle Corporation ("Oracle") and Plaintiff, Vasudevan Software, Inc. ("Plaintiff") enter into this stipulation to allow Plaintiff immediate access to Oracle source code

01384.30021/3545069.1

pursuant to Patent Local Rule 3-4.  The parties are attempting to resolve disputes regarding the form of the protective order to govern the litigation, but it is likely the parties will need to submit these disputes to the Court for resolution.  Upon entry of a stipulated protective order by the Court, the provisions of that protective order shall supercede *nunc pro tunc* all provisions of this stipulation.  Oracle and VSi agree as follows:

1. Oracle will produce its source code in the office of its counsel Quinn Emanuel Urquhart & Sullivan ("Quinn") for review by VSi.

2. <u>Who may review</u>:  VSi may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" only to:

   a. VSi's Outside Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Agreement to Be Bound by Protective Order" that is attached hereto as Exhibit A;

   b. Experts for VSi that have been disclosed and not objected to by Oracle.  Each VSi expert that will review Oracle's source code must agree to the provisions of this Stipulation and sign as such the exhibit attached to this Stipulation.  Copies of the complete, signed exhibit should be provided to Oracle at least two days before reviewing the source code.

   c. the Court and its personnel; and

   d. current employees of Oracle that have access to the source code in their normal course of business.

3. <u>Designation</u>:  Oracle need not designate the source code for protection until after VSi has indicated which material it would like copied and produced.  During the inspection and before the designation, all of the source code made available for inspection shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE."  After VSi has identified the documents it wants copied and produced, Oracle must determine which documents, or portions thereof, qua1ify for protection, then, before producing the specified documents, Oracle must affix the appropriate legend ("HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE") at the top of each page that contains protected source code.

4. <u>Protections</u>: Source code designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" shall be subject to the following protections:

a. Source code designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in the draft Protective Order being negotiated by Oracle and VSi, including the Prosecution Bar and Competitive Decision Making Bar set forth in Paragraphs 10 and 11 of Defendants June 10, 2010 draft Protective Order, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY – SOURCE CODE" information may be disclosed, as set forth in Paragraph 2 of this Stipulation.

b. Any source code produced in discovery shall be made available for inspection, in a format allowing it to be reasonably reviewed and searched, during normal business hours or at other mutually agreeable times. The source code shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers. VSi shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device. Oracle shall provide the software reasonably necessary to inspect the source code. The initial inspection date shall be agreed upon by VSi and Oracle. After the initial inspection, each subsequent inspection shall require three business days notice from VSi.

c. VSi may print portions of the source code on colored paper only when reasonably necessary to facilitate VSi's preparation in this Litigation, including, when reasonably necessary, to prepare any filing with the Court or to serve any pleadings or other papers on any other Party; to prepare internal attorney work product materials; or to prepare other necessary case materials such as testifying expert reports, consulting expert written analyses and related drafts

1  and correspondences. VSi shall print only such portions as are reasonably necessary for the
2  purposes for which any part of the source code is printed at the time. Upon printing any such
3  portions of source code, the printed pages shall be collected by Oracle. Oracle shall Bates
4  number, copy on colored paper, and label as "HIGHLY CONFIDENTIAL - ATTORNEY'S
5  EYES ONLY - SOURCE CODE" any pages printed by VSi. If Oracle objects that the printed
6  
7  portions are not reasonably necessary to any case preparation activity, Oracle shall make such
8  objection known to VSi within three (3) business days. If, after meeting and conferring, Oracle
9  and VSi cannot resolve the objection, Oracle shall be entitled to seek a Court resolution, within
10 two (2) business days of the meet and confer, of whether the printed source code in question is not
11 reasonably necessary to any case preparation activity. In the absence of any objection or a motion
12 to the Court following an objection within the specified time limits, or upon resolution of any such
13 dispute by the Court, Oracle shall provide one copy of such pages on colored paper to VSi within
14 two (2) business days and shall retain one copy. The printed pages shall constitute part of the
15 
16 source code produced by Oracle in this action

17         d.   Any notes concerning such source code shall not be used to circumvent the
18 restrictions in the above paragraphs against making copies of the source code. Persons viewing
19 the notes shall do so in a manner consistent with the restrictions on material designated "HIGHLY
20 CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE."
21 
22         e.   Nothing in this Stipulation shall be construed to limit how Oracle may
23 maintain material designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –
24 SOURCE CODE."

25         f.   Other than as provided in Paragraph 4(c) above, VSi will not copy, remove,
26 or otherwise transfer any source code from the Source Code Computer including, without
27 limitation, copying, removing, or transferring the source code onto any other computers or
28 

*Annotation (handwritten, red, pointing to line 7-8):* directly (in voice to voice dialogue; other forms of communication are not sufficient)

peripheral equipment. VSi will not transmit any source code in any way from the designated facility.

      g.    VSi may not make any electronic copies of the "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY - SOURCE CODE" information. VSi shall maintain and store any paper copies of the source code or notes related to such source code at the offices of its Outside Counsel in a manner that prevents duplication of or unauthorized access to the source code or notes, including, without limitation, storing the source code or notes in a locked room or cabinet at all times when it is not in use. VSi's outside counsel of record may make no more than four additional paper copies on colored paper of any portions of the source code printed pursuant to Paragraph 4(c) above, not including copies attached to court filings, and shall maintain a log of all copies of the source code (received from Oracle) that are provided by VSi to any Expert (as defined paragraph 2(b)) under the terms of this Stipulation. The log shall include the names of the recipients and reviewers of copies. Any paper copies of source code shall be stored or viewed only at (i) the offices of outside counsel of record for VSi; (ii) the site where any deposition is taken; (iii) the Court; or (iv) any intermediate location necessary to transport the information to a hearing, trial or deposition. Oracle shall not unreasonably deny VSi's request to make (and log) additional copies, providing that the request is for good cause and for use that otherwise complies with this Stipulation. Oracle shall be entitled to a copy of the log upon request. VSi shall provide a copy of the log to Oracle at the conclusion of the Litigation.

      h.    To the extent portions of source code are quoted in a pleading filed with the Court, either (1) the entire document will be stamped "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY - SOURCE CODE" or (2) those pages containing quoted source code will be separately bound, and stamped as "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY - SOURCE CODE" and (3) shall be filed under seal pursuant to the procedures and standards set forth in Civil Local Rule 79-5 and General Order 62.

i. All paper copies shall be securely destroyed if they are no longer necessary in the above-captioned matter (*e.g.*, extra copies at the conclusion of a deposition). Copies of source code that are marked as deposition exhibits shall not be provided to the Court Reporter or attached to deposition transcripts; rather, the deposition record will identify the exhibit by its production numbers.

5. Nothing in this Stipulation shall obligate the parties to produce any source code, nor act as an admission that any particular source code is discoverable.

DATED: June 18, 2010              By:   /s/ Sean Pak

    Dave Nelson (*admitted pro hac vice*)
    davenelson@quinnemanuel.com
    Jennifer Bauer (*admitted pro hac vice*)
    jenniferbauer@quinnemanuel.com
    Ellen Padilla (*admitted pro hac vice*)
    ellenpadilla@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    500 W. Madison, Suite 2450
    Chicago, IL 60661
    Telephone: (312) 705-7400
    Facsimile: (312) 705-7401

    Sean Pak (CA Bar No. 219032)
    seanpak@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone:  (415) 875-6600
    Facsimile:  (415) 875-6700

    Matthew Sarboraria (CA Bar No.211600)
    matthew.sarboraria@oracle.com
    ORACLE CORPORATION
    500 Oracle Parkway, 7th Floor
    Redwood Shores, CA  94065
    Telephone: (650) 506-7200

    *Attorneys for Defendant*
    *Oracle Corporation*

    /s/    Daniel Walker
    Brooke A. M. Taylor (admitted *pro hac vice*)

btaylor@susmangodfrey.com
Daniel J. Walker (admitted *pro hac vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880
(206) 516-3883 (fax)

Stephen E. Morrissey
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
(310) 789-3103
(310) 789-3005 (fax)

Michael F. Heim (admitted *pro hac vice*)
mheim@hpcllp.com
Leslie V. Payne (admitted *pro hac vice*)
lpayne@hpcllp.com
Eric J. Enger (admitted *pro hac vice*)
eenger@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
(713) 221-2000
(713) 221-2021 (fax)

*Attorneys for Plaintiff*
*Vasudevan Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2010, a true and correct copy of the foregoing Joint Stipulation Regarding Source Code was served on all counsel of record via the Court's ECF System.

_____/s/ Sean Pak_____
*Sean Pak*

1 **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   July 20, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

**EXHIBIT**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulation regarding source code that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of VASUDEVAN SOFTWARE, INC., v. INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION, Case No. 5:09-CV-05897 (RS & HRL).

I agree to comply with and to be bound by all the terms of this Stipulation regarding source code and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulation regarding source code to any person or entity except in strict compliance with the provisions of this Stipulation.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulation regarding source code, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ _____[print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulation regarding source code.

Date: _____

City and State where sworn and signed: _____

Printed name: _____
[printed name]

Signature: _____
[signature]