1  Robert A. Appleby (admitted *pro hac vice*)  ** E-filed July 20, 2010 **
   robert.appleby@kirkland.com
2  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
3  New York, NY 10022-4675
   Telephone:  (212) 446-4800
4  Facsimile:  (212) 446-4900

5  Attorneys for Defendant
   *International Business Machines Corporation*

6

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION

| VASUDEVAN SOFTWARE, INC., | CASE NO. 5:09-CV-05897-RS |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING SOURCE CODE** |
| INTERNATIONAL BUSINESS MACHINES CORP. AND ORACLE CORP. | **AS AMENDED BY THE COURT** |
| | [Re: Docket No. 145] |
| Defendants. | |

**INTERNATIONAL BUSINESS MACHINES CORPORATION AND VASUDEVAN SOFTWARE INC.'S JOINT STIPULATION REGARDING SOURCE CODE**

Defendant International Business Machines Corporation ("IBM") and Plaintiff, Vasudevan Software, Inc. ("VSi") enter into this stipulation to allow VSi immediate access to IBM's source code pursuant to Patent Local Rule 3-4.  The parties are attempting to resolve disputes regarding the form of the protective order to govern the litigation, but it is likely the parties will need to submit these disputes to the Court for resolution.  Upon entry of a stipulated protective order by the Court, the provisions of that protective order shall supercede *nunc pro tunc* all provisions of this stipulation.  IBM and VSi agree as follows:

1. IBM will produce its source code for review by VSi in the Houston office of Hogan Lovells.

2. <u>Who may review:</u>  VSi may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" only to:

      a.      VSi's Outside Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Agreement to Be Bound by Protective Order" that is attached hereto as Exhibit A;

      b.      Experts for VSi that have been disclosed and not objected to by IBM. Each VSi expert that will review IBM's source code must agree to the provisions of this Stipulation and sign as such the exhibit attached to this Stipulation. Copies of the complete, signed exhibit should be provided to IBM at least two days before reviewing the source code.

      c.      the Court and its personnel; and

      d.      current employees of IBM that have access to the source code in their normal course of business.

3.      <u>Designation</u>: IBM need not designate the source code for protection until after VSi has indicated which material it would like copied and produced. During the inspection and before the designation, all of the source code made available for inspection shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE." After VSi has identified the documents it wants copied and produced, IBM must determine which documents, or portions thereof, qua1ify for protection, then, before producing the specified documents, IBM must affix the appropriate legend ("HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE") at the top of each page that contains protected source code.

4.      <u>Protections</u>: Source code designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" shall be subject to the following protections:

      a.      Source code designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in the draft Protective Order being negotiated by IBM and VSi, including the Prosecution Bar and Competitive Decision Making Bar set forth in Paragraphs 10 and 11 of Defendants June 10, 2010 draft Protective Order, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL –

1  ATTORNEY'S EYES ONLY – SOURCE CODE" information may be disclosed, as set forth in
2  Paragraph 2 of this Stipulation.
3      b.   Any source code produced in discovery shall be made available for
4  inspection, in a format allowing it to be reasonably reviewed and searched, during normal business
5  hours or at other mutually agreeable times.  The source code shall be made available for inspection
6  on a secured computer in a secured room without Internet access or network access to other
7  computers.  VSi shall not copy, remove, or otherwise transfer any portion of the source code onto
8  any recordable media or recordable device.  IBM shall provide the software reasonably necessary
9  to inspect the source code.  The initial inspection date shall be agreed upon by VSi and IBM.
10  After the initial inspection, each subsequent inspection shall require three business days notice
11  from VSi.
12      c.   VSi may print portions of the source code on colored paper only when
13  reasonably necessary to facilitate VSi's preparation in this Litigation, including, when reasonably
14  necessary, to prepare any filing with the Court or to serve any pleadings or other papers on any
15  other Party; to prepare internal attorney work product materials; or to prepare other necessary case
16  materials such as testifying expert reports, consulting expert written analyses and related drafts
17  and correspondences.  VSi shall print only such portions as are reasonably necessary for the
18  purposes for which any part of the source code is printed at the time.  Upon printing any such
19  portions of source code, the printed pages shall be collected by IBM.  IBM shall Bates number,
20  copy on colored paper, and label as "HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
21  - SOURCE CODE" any pages printed by VSi.  If IBM objects that the printed portions are not
22  reasonably necessary to any case preparation activity, IBM shall make such objection known to
23  VSi within three (3) business days.  If, after meeting and conferring [directly (in voice to voice dialogue; other forms of communication are not sufficient)], IBM and VSi cannot resolve
24  the objection, IBM shall be entitled to seek a Court resolution, within two (2) business days of the
25  meet and confer, of whether the printed source code in question is not reasonably necessary to any
26  case preparation activity.  In the absence of any objection or a motion to the Court following an
27  objection within the specified time limits, or upon resolution of any such dispute by the Court,
28  IBM shall provide one copy of such pages on colored paper to VSi within two (2) business days

JOINT STIPULATION REGARDING SOURCE CODE                    Case No. 5:09-cv-05897-RS

-3-

1  and shall retain one copy.  The printed pages shall constitute part of the source code produced by
2  IBM in this action

3        d.  Any notes concerning such source code shall not be used to circumvent the
4  restrictions in the above paragraphs against making copies of the source code.  Persons viewing
5  the notes shall do so in a manner consistent with the restrictions on material designated "HIGHLY
6  CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE."

7        e.  Nothing in this Stipulation shall be construed to limit how IBM may
8  maintain material designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY –
9  SOURCE CODE."

10        f.  Other than as provided in Paragraph 4(c) above, VSi will not copy, remove,
11  or otherwise transfer any source code from the Source Code Computer including, without
12  limitation, copying, removing, or transferring the source code onto any other computers or
13  peripheral equipment.  VSi will not transmit any source code in any way from the designated
14  facility.

15        g.  VSi may not make any electronic copies of the "HIGHLY
16  CONFIDENTIAL - ATTORNEY'S EYES ONLY - SOURCE CODE" information. VSi shall
17  maintain and store any paper copies of the source code or notes related to such source code at the
18  offices of its Outside Counsel in a manner that prevents duplication of or unauthorized access to
19  the source code or notes, including, without limitation, storing the source code or notes in a locked
20  room or cabinet at all times when it is not in use. VSi's outside counsel of record may make no
21  more than four additional paper copies on colored paper of any portions of the source code printed
22  pursuant to Paragraph 4(c) above, not including copies attached to court filings, and shall maintain
23  a log of all copies of the source code (received from IBM) that are provided by VSi to any Expert
24  (as defined paragraph 2(b)) under the terms of this Stipulation.  The log shall include the names of
25  the recipients and reviewers of copies.  Any paper copies of source code shall be stored or viewed
26  only at (i) the offices of outside counsel of record for VSi; (ii) the site where any deposition is
27  taken; (iii) the Court; or (iv) any intermediate location necessary to transport the information to a
28  hearing, trial or deposition.  IBM shall not unreasonably deny VSi's request to make (and log)

JOINT STIPULATION REGARDING SOURCE CODE       Case No. 5:09-cv-05897-RS

-4-

1  additional copies, providing that the request is for good cause and for use that otherwise complies
2  with this Stipulation. IBM shall be entitled to a copy of the log upon request. VSi shall provide a
3  copy of the log to IBM at the conclusion of the Litigation.
4      h.    To the extent portions of source code are quoted in a pleading filed with the
5  Court, either (1) the entire document will be stamped "HIGHLY CONFIDENTIAL -
6  ATTORNEY'S EYES ONLY - SOURCE CODE" or (2) those pages containing quoted source
7  code will be separately bound, and stamped as "HIGHLY CONFIDENTIAL - ATTORNEY'S
8  EYES ONLY - SOURCE CODE" and (3) shall be filed under seal [pursuant to the procedures and standards set forth in Civil Local Rule 79-5 and General Order 62].
9      i.    All paper copies shall be securely destroyed if they are no longer necessary
10 in the above-captioned matter (*e.g.*, extra copies at the conclusion of a deposition). Copies of
11 source code that are marked as deposition exhibits shall not be provided to the Court Reporter or
12 attached to deposition transcripts; rather, the deposition record will identify the exhibit by its
13 production numbers.
14     5.    Nothing in this Stipulation shall obligate the parties to produce any source code,
15 nor act as an admission that any particular source code is discoverable.

DATED: June 24, 2010        By:  /s/ *Harper Batts*

        Robert A. Appleby (admitted *pro hac vice*)
        robert.appleby@kirkland.com
        Jon T. Hohenthaner (admitted *pro hac vice*)
        jon.hohenthaner@kirkland.com
        Joseph A. Loy (admitted *pro hac vice*)
        joseph.loy@kirkland.com
        Andrew G. Heinz (admitted *pro hac vice*)
        andrew.heinz@kirkland.com
        Martin A. Galese (admitted *pro hac vice*)
        martin.galese@kirkland.com
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, NY 10022-4675
        Telephone:  (212) 446-4800
        Facsimile:  (212) 446-4900

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Harper Batts (SBN 242603)  
harper.batts@kirkland.com  
KIRKLAND & ELLIS LLP  
950 Page Mill Road  
P.O. Box 51827  
Palo Alto, CA  94304  
Telephone:  (650) 859-7000  
Facsimile:  (650) 859-7500  

John M. Desmarais (*of counsel*)  
jdesmarais@desmaraisllp.com  
Desmarais LLP  
230 Park Avenue  
New York, NY 10169  
Telephone:  (917) 340-6940  
Facsimile:  (914) 666-6962  

*Attorneys for Defendant*  
*International Business Machines Corporation*  

*/s/* Daniel J. Walker *(with permission)*  
Brooke A. M. Taylor (admitted *pro hac vice*)  
btaylor@susmangodfrey.com  
Daniel J. Walker(admitted *pro hac vice*)  
dwalker@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, Washington 98101-3000  
(206) 516-3880  
(206) 516-3883 (fax)  

Stephen E. Morrissey  
smorrissey@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars, Ste. 950  
Los Angeles, CA  90067-6029  
(310) 789-3103  
(310) 789-3005 (fax)  

Michael F. Heim (admitted *pro hac vice*)  
mheim@hpcllp.com  
Leslie V. Payne (admitted *pro hac vice*)  
lpayne@hpcllp.com  
Eric J. Enger (admitted *pro hac vice*)  
eenger@hpcllp.com  
HEIM, PAYNE & CHORUSH, LLP  
600 Travis Street, Suite 6710  
Houston, Texas 77002-2912  
(713) 221-2000  
(713) 221-2021(fax)  

*Attorneys for Plaintiff*  
*Vasudevan Software, Inc.*  

JOINT STIPULATION REGARDING SOURCE CODE

Case No. 5:09-cv-05897-RS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2010, a true and correct copy of the foregoing Joint Stipulation Regarding Source Code was served on all counsel of record via the Court's ECF System.

                                                /s/ Harper Batts

1 **ORDER**

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED

4 DATED:   July 20, 2010

5                                          HOWARD R. LLOYD
United States Magistrate Judge

JOINT STIPULATION REGARDING SOURCE CODE        Case No. 5:09-cv-05897-RS

-8-

**EXHIBIT**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulation regarding source code that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of VASUDEVAN SOFTWARE, INC., v. INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION, Case No. 5:09-CV-05897 (RS & HRL).

I agree to comply with and to be bound by all the terms of this Stipulation regarding source code and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulation regarding source code to any person or entity except in strict compliance with the provisions of this Stipulation.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulation regarding source code, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ _____[print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulation regarding source code.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

[printed name]

Signature: _____

[signature]