# Exhibit O

```
              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION


VASUDEVAN SOFTWARE, INC.,

            Plaintiff,

    vs.                              No. 5:09-CV-05897
                                         (RS-HRL)
INTERNATIONAL BUSINESS MACHINES
CORPORATION and ORACLE CORPORATION,

            Defendants.
_____/



              DEPOSITION OF JOHN POELMAN

                   July 16, 2010




Reported by:
Natalie Y. Botelho
CSR No. 9897
```

231

1  Q.      This chapter discusses writing back to
2  multidimensional data sources, correct?
3  A.      That's -- yes, that's the title of the
4  first section in Chapter 16.
5  Q.      And from the perspective of Alphablox, the
6  Cubing Services cube is a multidimensional data
7  source, right?
8  A.      Yes, Alphablox considers Cubing Services
9  as a multidimensional data source, but Alphablox is
10 unable to write back to Cubing Services.
11 Q.      Why do you say that?
12 A.      In order for Alphablox to write back to a
13 multidimensional data source, the OLAP cube server
14 needs to support write back.  Only certain OLAP
15 servers support write back.  Cubing Services does
16 not support write back.
17 Q.      Has Cubing Services ever supported write
18 back?
19 A.      Not that I know of.
20 Q.      Has Cube Views ever supported write back?
21 A.      Cube Views is not an OLAP server.
22 Q.      What was the OLAP server that was used in
23 conjunction with Cube Views?
24 A.      Cube Views was a metadata layer in the
25 ability to model your relational schemas and keep

232

1 that metadata in DB2. Then we worked with a lot of
2 third parties to encourage them to support the Cube
3 Views metadata, meaning that they would import the
4 Cube Views metadata from DB2 and use it to jumpstart
5 the metadata modeling process in their particular
6 tools.
7 Q.        Okay. So Cubing Services, you're telling
8 me, does not support write back, and it never has
9 supported write back?
10 A.        It wasn't -- it wasn't a cube server, so
11 it doesn't make sense to ask that question.
12 Q.        I said "Cubing Services" now. I've
13 switched.
14 A.        Oh, I'm sorry. I'm sorry. Cubing
15 Services. Okay. So could you repeat the question,
16 please?
17 Q.        Cubing Services does not now support write
18 back and never has supported write back; is that
19 what you're telling me?
20 A.        Yes, that's what I'm telling you.
21 Q.        So all this discussion here about writing
22 back to multidimensional data sources does not apply
23 to Cubing Services?
24 A.        This material applies to the
25 multidimensional data support -- database --

1 sorry -- the multidimensional OLAP servers supported
2 by Alphablox that do support write back.
3 Q.     What are the cube servers that Alphablox
4 can communicate with that do support write back?
5 A.     Hyperion Essbase and Microsoft Analysis
6 Services third-party products.
7 Q.     And those are the only two cube servers
8 that work with Alphablox that can support write
9 back?
10 A.     That's right.  Those are the only two that
11 I believe are supported based on the statement on
12 Page 182 related to the write back-related methods
13 where it says, "These write back methods are
14 designed for applications that write back to an
15 Essbase or Microsoft Analysis Services 2000 data
16 source.  Some of the methods are specific to Essbase
17 only."
18 Q.     So what happens if you tried to execute
19 the write back method against -- with an application
20 that was communicating with Cubing Services?
21 A.     I don't know exactly.  I assume either
22 nothing would happen or that an error condition
23 would be raised.
24 Q.     Are there any write back methods that
25 could be created that would enable Alphablox to

```
                                                              234
 1    write data back to Cubing Services?
 2              MR. HEINZ:  Objection; vague.
 3              THE WITNESS:  As far as I know, Cubing
 4    Services is a read-only OLAP server, so even if you
 5    tried to write some custom code to write back, I
 6    can't poss -- I can't imagine how you would do that
 7    since Cubing Services doesn't have that
 8    functionality or have any API's to do those types of
 9    operations.
10              MR. ENGER:  Q.  Has IBM ever considered
11    adding write back capability to Cubing Services?
12              MR. HEINZ:  Objection; calls for
13    speculation.
14              THE WITNESS:  I don't know.  It's probably
15    come up, but I don't know.
16              MR. ENGER:  Q.  So all this discussion on
17    Page 183 through 184 about enabling the write back
18    feature to multidimensional databases, that is only
19    applicable to Hyperion Essbase and Microsoft
20    Analysis Services 2000?
21    A.        Right.  There are caveats here, like on
22    Page 183, it mentions the restriction that Hyperion
23    Essbase queries do not support these attribute
24    dimensions in write back operations.  So not all of
25    this applies to both vendors -- Oracle used to be
```

235

1   Hyperion -- Oracle and Microsoft.
2           (Whereupon Exhibit 8 was marked for
3           identification.)
4           MR. ENGER:  Q.  All right.  You've just
5   been handed Exhibit Number 8, which is a document
6   titled "InfoSphere Warehouse Cubing Services Cube
7   Server - Best Practices," correct?
8   A.      Yes, that is the title of the document.
9   Q.      Have you ever seen this document?
10  A.      No, I don't think so.
11  Q.      And this contains -- or, I guess, what
12  does it mean to be a best practice?
13  A.      To me it means it's something that we've
14  tried in the lab and it seems to work sufficiently
15  well that we will go ahead and document that
16  approach in a document such as this.
17  Q.      So this contains IBM's recommendations on
18  how to use its product, Cubing Services?
19          MR. HEINZ:  Objection; vague, asked and
20  answered.
21          THE WITNESS:  Yeah, I don't equate "best
22  practice" with "recommendation."  I think a
23  recommendation is stronger than a documented best
24  practice.
25          MR. ENGER:  Q.  So you think "best