# Exhibit Q

# Eric Enger

| | |
|---|---|
| **From:** | Eric Enger |
| **Sent:** | Tuesday, November 16, 2010 12:56 PM |
| **To:** | Robert Appleby; Jon Hohenthaner; Joseph Loy; Andrew Heinz; Martin Galese; Harper Batts; John Desmarais |
| **Subject:** | VSi v. IBM: Amended Infringement Contentions |
| **Attachments:** | Amended Infringement Contentions.zip |

Counsel,

Pursuant to P.R. 3-6, VSi intends to move to amend its Infringement Contentions as shown in the attached files. As you can see from the included redlines, the changes are not substantial. The good cause for VSi's Amendment is non-public information about the Accused Instrumentalities revealed during depositions which was not discovered, despite VSi's diligent efforts, before the service of initial Infringement Contentions were due. Please let me know by this Friday (11/19) whether IBM will either agree to or not oppose VSi's motion.

Regards,

Eric


Eric Enger
Heim, Payne & Chorush, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002
(713) 221-2000
(713) 221-2021 Fax
(713) 221-2016 Direct
eenger@hpcllp.com