| | |
|---|---|
| 1 | Robert A. Appleby (admitted *pro hac vice*) |
| 2 | robert.appleby@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 3 | 601 Lexington Avenue<br>New York, NY 10022-4675 |
| 4 | Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900 |
| 5 | Harper Batts (SBN 242603) |
| 6 | harper.batts@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 7 | 950 Page Mill Road<br>P.O. Box 51827 |
| 8 | Palo Alto, CA  94304<br>Telephone:  (650) 859-7000 |
| 9 | Facsimile:  (650) 859-7500 |
| 10 | John M. Desmarais (admitted *pro hac vice*)<br>jdesmarais@desmarisllp.com |
| 11 | DESMARAIS LLP<br>230 Park Avenue |
| 12 | New York, NY 10169<br>Telephone:  (212) 351-3400 |
| 13 | Facsimile:  (212) 351-3401 |
| 14 | Attorneys for Defendant<br>*International Business Machines Corporation* |
| 15 | *Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION,<br><br>        Defendants. | Case No. 5:09-CV-05897-RS (HRL)<br><br>**DECLARATION OF MARTIN ANDREW GALESE IN SUPPORT OF IBM'S MOTION TO COMPEL DISCOVERY INTO VSI'S PRE-FILING INVESTIGATION**<br><br>Date:  January 25, 2011<br>Time:  10:00 a.m.<br>Courtroom:  2, 5th Floor<br><br>The Honorable Magistrate Judge Howard R. Lloyd |

I, Martin Andrew Galese, declare as follows:

1. I admitted to this Court *pro hac vice* and am an associate with the law firm of Kirkland & Ellis LLP, counsel of record for Defendant International Business Machines Corporation in this action.

2. Attached hereto as Exhibit A is a true and correct copy of IBM's First Set of Requests for Admission (Nos. 1–24).

3. Attached hereto as Exhibit B is a true and correct copy of IBM's Second Set of Interrogatories (Nos. 13–14).

4. Attached hereto as Exhibit C is a true and correct copy of VSi's Responses to IBM's First Set of Requests for Admission.

5. Attached hereto as Exhibit D is a true and correct copy of VSi's Responses to IBM's Second Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2010, in New York, New York

By: /s/ Martin Andrew Galese
Martin Andrew Galese (admitted *pro hac vice*)
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900