Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Harper Batts (SBN 242603)
harper.batts@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
P.O. Box 51827
Palo Alto, CA  94304
Telephone:  (650) 859-7000
Facsimile:  (650) 859-7500

John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmarisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone:  (212) 351-3400
Facsimile:  (212) 351-3401

Attorneys for Defendant
*International Business Machines Corporation*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 5:09-CV-05897-RS (HRL) |
| Plaintiff, | **IBM'S MOTION TO COMPEL DISCOVERY INTO VSI'S PRE-FILING INVESTIGATION** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION, | Date:  January 25, 2011<br>Time:  10:00 a.m.<br>Courtroom: 2, 5th Floor |
| Defendants. | The Honorable Magistrate Judge<br>Howard R. Lloyd |

# Exhibit A

Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Jon T. Hohenthaner (admitted *pro hac vice*)
jon.hohenthaner@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
Andrew G. Heinz (admitted *pro hac vice*)
andrew.heinz@kirkland.com
Martin A. Galese (admitted *pro hac vice*)
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Harper Batts (SBN 242603)
harper.batts@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
P.O. Box 51827
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmarisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (917) 340-6940
Facsimile: (914) 666-6962

Attorneys for Defendant
*International Business Machines Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 5:09-CV-05897-RS (HRL) |
| Plaintiff, | **IBM'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-24)** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION, | |
| Defendants. | |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant International Business Machines Corporation hereby requests that Plaintiff Vasudevan Software, Inc. respond to the following requests for admission, in accordance with the Definitions and Instructions below. The requested answers must be provided within thirty (30) days of the service of these interrogatories, or at such other time as may be mutually agreed upon in writing by counsel for the parties.

## DEFINITIONS AND INSTRUCTIONS

1.      As used herein, "IBM" means Defendant International Business Machines Corporation and all of its predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, divisions, departments, partnerships, and affiliates thereof, and all officers, directors, principals, agents, employees, attorneys, and other persons acting on their behalf.

2.      As used herein, "VSi" means Plaintiff Vasudevan Software, Inc. and all of its predecessors (merged, acquired, or otherwise), successors, subsidiaries, parents, sisters, divisions, departments, partnerships, and affiliates thereof, and all officers, directors, principals, agents, employees, attorneys (including without limitation counsel of record in this litigation), and other persons acting on their behalf (including without limitation anyone retained in connection with this litigation).

3.      As used herein, "Patents-in-Suit" means all patents asserted by VSi against IBM in this action, including any corrections and certificates of reexamination, including without limitation: (i) U.S. Patent No. 6,877,006; (ii) U.S. Patent No. 7,167,864; and (iii) U.S. Patent No. 7,720,861.

4.      As used herein, "Accused Product" means each IBM apparatus, product, component, device, process, method, act, or other instrumentality that VSi contends or has ever contended falls within the scope of any claim of any Patent-in-Suit, including but not limited to in VSi's complaint (including all amendments thereto) and/or in VSi's infringement contentions (including all amendments thereto).

5.     These requests for admission shall be deemed continuing, and supplemental responses must be timely provided as additional information becomes available, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## **REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit that VSi did not purchase or otherwise obtain any Accused Product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 2:**

Admit that VSi did not operate any Accused Product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 3:**

Admit that VSi did not purchase or otherwise obtain any Accused Product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 4:**

Admit that VSi did not operate any Accused Product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 5:**

Admit that VSi did not purchase or otherwise obtain IBM's AlphaBlox product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 6:**

Admit that VSi did not operate IBM's AlphaBlox product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 7:**

Admit that VSi did not purchase or otherwise obtain IBM's AlphaBlox product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 8:**

Admit that VSi did not operate IBM's AlphaBlox product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 9:**

Admit that VSi did not purchase or otherwise obtain IBM's Cognos 8 Business Intelligence product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 10:**

Admit that VSi did not operate IBM's Cognos 8 Business Intelligence product or any components of that product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 11:**

Admit that VSi did not purchase or otherwise obtain IBM's Cognos 8 Business Intelligence product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 12:**

Admit that VSi did not operate IBM's Cognos 8 Business Intelligence product or any components of that product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 13:**

Admit that VSi did not purchase or otherwise obtain IBM's Cubing Services product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 14:**

Admit that VSi did not operate IBM's Cubing Services product prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 15:**

Admit that VSi did not purchase or otherwise obtain IBM's Cubing Services product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 16:**

Admit that VSi did not operate IBM's Cubing Services product prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 17:**

Admit that VSi did not purchase or otherwise obtain either IBM's Information Integrator or Federation Server products prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 18:**

Admit that VSi did not operate either IBM's Information Integrator or Federation Server products prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 19:**

Admit that VSi did not purchase or otherwise obtain either IBM's Information Integrator or Federation Server products prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 20:**

Admit that VSi did not operate either IBM's Information Integrator or Federation Server products prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 21:**

Admit that VSi did not purchase or otherwise obtain either IBM's InfoSphere Warehouse, DB2 Warehouse, DB2 Data Warehouse Edition, or DB2 Universal Database Data Warehouse Edition products prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 22:**

Admit that VSi did not operate either IBM's InfoSphere Warehouse, DB2 Warehouse, DB2 Data Warehouse Edition, or DB2 Universal Database Data Warehouse Edition products or any components of those products prior to filing its complaint.

**REQUEST FOR ADMISSION NO. 23:**

Admit that VSi did not purchase or otherwise obtain either IBM's InfoSphere Warehouse, DB2 Warehouse, DB2 Data Warehouse Edition, or DB2 Universal Database Data Warehouse Edition products prior to serving its infringement contentions.

**REQUEST FOR ADMISSION NO. 24:**

Admit that VSi did not operate either IBM's InfoSphere Warehouse, DB2 Warehouse, DB2 Data Warehouse Edition, or DB2 Universal Database Data Warehouse Edition products or any components of those products prior to serving its infringement contentions.

Dated: August 23, 2010                    *International Business Machines Corporation*

                                   By:   /s/ Andrew G. Heinz
                                         Robert A. Appleby (admitted *pro hac vice*)
                                         robert.appleby@kirkland.com
                                         Jon T. Hohenthaner (admitted *pro hac vice*)
                                         jon.hohenthaner@kirkland.com
                                         Joseph A. Loy (admitted *pro hac vice*)
                                         joseph.loy@kirkland.com
                                         Andrew G. Heinz (admitted *pro hac vice*)
                                         andrew.heinz@kirkland.com
                                         Martin A. Galese (admitted *pro hac vice*)
                                         martin.galese@kirkland.com
                                         KIRKLAND & ELLIS LLP
                                         601 Lexington Avenue
                                         New York, NY 10022-4675
                                         Telephone:  (212) 446-4800
                                         Facsimile:  (212) 446-4900

                                         Harper Batts (SBN 242603)
                                         harper.batts@kirkland.com
                                         KIRKLAND & ELLIS LLP
                                         950 Page Mill Road
                                         P.O. Box 51827
                                         Palo Alto, CA  94304
                                         Telephone:  (650) 859-7000
                                         Facsimile:  (650) 859-7500

                                         John M. Desmarais (admitted *pro hac vice*)
                                         jdesmarais@desmarisllp.com
                                         DESMARAIS LLP
                                         230 Park Avenue

New York, NY 10169
Telephone:  (917) 340-6940
Facsimile:  (914) 666-6962

Attorneys for Defendant
*International Business Machines Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2010, a true and correct copy of the foregoing IBM'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-24) was served by email delivery on counsel for the parties as follows:

*Counsel for Plaintiff VSi:*

Brooke A. M. Taylor (btaylor@susmangodfrey.com)
Daniel J. Walker (dwalker@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

Stephen E. Morrissey (smorrissey@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029

*Counsel for Oracle:*

Dave Nelson (davenelson@quinnemanuel.com)
Jennifer Bauer (jenniferbauer@quinnemanuel.com)
Ellen Padilla (ellenpadilla@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN
500 W. Madison, Suite 2450
Chicago, IL 60661

Sean Pak (seanpak@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111

   /s/ Andrew G. Heinz
Andrew G. Heinz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  andrew.heinz@kirkland.com