# Exhibit X

# Eric Enger

| | |
|---|---|
| **From:** | Eric Enger |
| **Sent:** | Wednesday, November 24, 2010 3:59 PM |
| **To:** | 'aheinz@kirkland.com' |
| **Cc:** | Andrew Heinz; Harper Batts; John Desmarais; Jon Hohenthaner; Joseph Loy; Martin Galese; Robert Appleby; Leslie V. Payne; Daniel J. Walker; BrookeTaylor; Michael Heim |
| **Subject:** | Re: VSi v. IBM: Amended Infringement Contentions |

Andy,
Any update on whether IBM will agree to or not oppose VSi's motion for leave. If we do not hear from you soon, we will just presume IBM opposes and file the motion for leave on Monday.
Regards,
Eric

---

**From**: Eric Enger
**To**: 'aheinz@kirkland.com' <aheinz@kirkland.com>
**Cc**: Andrew Heinz; Harper Batts; John Desmarais; Jon Hohenthaner; Joseph Loy; Martin Galese; Robert Appleby; Leslie V. Payne; Daniel J. Walker
**Sent**: Wed Nov 24 15:55:56 2010
**Subject**: Re: VSi v. IBM: Amended Infringement Contentions

---

**From**: Andrew G Heinz <aheinz@kirkland.com>
**To**: Eric Enger
**Cc**: Andrew Heinz; Harper Batts; John Desmarais; Jon Hohenthaner; Joseph Loy; Martin Galese; Robert Appleby
**Sent**: Fri Nov 19 15:47:43 2010
**Subject**: Re: VSi v. IBM: Amended Infringement Contentions

Eric,

We are still considering the issues raised by your e-mail, and will get back to you regarding whether or not IBM will oppose VSi's proposed motion.

Regards,

Andrew G. Heinz
Kirkland & Ellis LLP
Citigroup Center
601 Lexington Avenue
New York, NY  10022
(212) 446-4971
(212) 446-4900 (FAX)
Andrew.Heinz@Kirkland.com

| | | |
|---|---|---|
| "Eric Enger" <eenger@hpcllp.com> | To | "Robert Appleby" <Robert.Appleby@kirkland.com>, "Jon Hohenthaner" <Jon.Hohenthaner@kirkland.com>, "Joseph Loy" <Joseph.Loy@kirkland.com>, "Andrew Heinz" <Andrew.Heinz@kirkland.com>, "Martin Galese" <Martin.Galese@kirkland.com>, "Harper Batts" <Harper.Batts@kirkland.com>, "John Desmarais" <jdesmarais@desmaraisllp.com> |
| 11/16/2010 01:56 PM | cc | |
| | Subject | VSi v. IBM: Amended Infringement Contentions |

1

Counsel,

Pursuant to P.R. 3-6, VSi intends to move to amend its Infringement Contentions as shown in the attached files. As you can see from the included redlines, the changes are not substantial. The good cause for VSi's Amendment is non-public information about the Accused Instrumentalities revealed during depositions which was not discovered, despite VSi's diligent efforts, before the service of initial Infringement Contentions were due. Please let me know by this Friday (11/19) whether IBM will either agree to or not oppose VSi's motion.

Regards,

Eric


Eric Enger
Heim, Payne & Chorush, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002
(713) 221-2000
(713) 221-2021 Fax
(713) 221-2016 Direct
eenger@hpcllp.com
 [attachment "Amended Infringement Contentions.zip" deleted by Andrew G Heinz/New York/Kirkland-Ellis]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*