# Exhibit Y

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
601 Lexington Avenue
New York, New York 10022-4611

Andrew Heinz
To Call Writer Directly:
(212) 446-4971
Andrew.Heinz@kirkland.com

212 446-4800

www.kirkland.com

Facsimile:
212 446-4900

November 29, 2010

**Via E-Mail**

Eric Enger
Heim, Payne & Chorush, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002

Re:   *Vasudevan Software, Inc. v. International Business Machines Corp. and Oracle Corp.*, Civil Action No. 5:09-CV-05897-RS

Dear Eric:

I write in response to your e-mail of November 16, 2010, concerning VSi's proposed supplemental infringement contentions. As an initial matter, although you allege that VSi has good cause to amend its contentions based on non-public information, you fail to identify the non-public information in either your e-mail or your amended contentions. IBM cannot properly consider your request until VSi identifies such information specifically.

In addition, the amendments you propose are deficient in several respects. For example, VSi's amendments include screen shots of applications that VSi apparently developed. VSi, however, has not provided any detail whatsoever regarding how these screen shots were created, and has not even attempted to establish that the screen shots were made from an allegedly infringing application. Moreover, VSi's amendments include a reference to a general SQL interface in AlphaBlox, but do not provide any explanation regarding how such an interface might satisfy the claim limitations at issue. VSi's amended contentions thus provide even less detail than its initial contentions, despite the fact that VSi has had access to IBM's confidential information (including source code) for months. Accordingly, for at least these reasons, IBM will oppose a motion by VSi to amend its contentions as you propose in your e-mail.

Please contact me if you have any questions.

Sincerely,

Andrew G. Heinz

Chicago   Hong Kong   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington D.C.