**\*\* E-filed March 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C09-05897 RS (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et al., | [Re: Docket No. 193] |
| Defendants. | |

Plaintiff filed an administrative motion for leave to file under seal Exhibit AD to the Declaration of Eric Enger. Docket No. 193. Good cause having been shown, Plaintiffs' motion is GRANTED.  Plaintiffs shall file under seal these documents in accordance with the procedures set forth in Civil Local Rule 79-5 and General Order 62.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05897 RS (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Andrew G Heinz | andrew.heinz@kirkland.com, aheinz@kirkand.com, jason.emden@kirkland.com |
| Brad Evan Rosen | bradrosen@quinnemanuel.com |
| Brooke Taylor | btaylor@susmangodfrey.com, bnealious@susmangodfrey.com |
| Brooke Ashley-May Taylor | btaylor@susmangodfrey.com |
| Daniel J Walker | dwalker@susmangodfrey.com, canderson@susmangodfrey.com |
| David A Nelson | davenelson@quinnemanuel.com |
| Ellen M Padilla | ellenpadilla@quinnemanuel.com |
| Eric James Enger | eenger@hpcllp.com, nbaudoin@hpcllp.com |
| Harper Siems Batts | harper.batts@kirkland.com, julie.bueno@kirkland.com, lesley.ahlberg@kirkland.com |
| Jennifer A Bauer | jenniferbauer@quinnemanuel.com |
| Jennifer Anne Bauer | jenniferbauer@quinnemanuel.com, lisagarner@quinnemanuel.com |
| John M. Desmarais | jdesmarais@desmaraisllp.com |
| Jon T Hohenthaner | jon.hohenthaner@kirkland.com |
| Joseph Allen Loy | joseph.loy@kirkland.com, jay.mafale@kirkland.com |
| Leslie V Payne | lpayne@hpcllp.com |
| Martin A Galese | martin.galese@kirkland.com |
| Matthew M Sarboraria | matthew.sarboraria@oracle.com |
| Meghan Elizabeth Bordonaro | meghanbordonaro@quinnemanuel.com |
| Michael F. Heim | mheim@hpcllp.com, abranum@hpcllp.com, awilson@hpcllp.com, canderson@hpcllp.com |
| Robert Alan Appleby | rappleby@kirkland.com, jemden@kirkland.com |
| Sean Sang-Chul Pak | seanpak@quinnemanuel.com, susanneglobig@quinnemanuel.com |
| Stephen Edward Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |

**Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Nathan Hamstra
Quinn Emanuel Urquhart & Sullivan
500 W. Madison
Suite 2459
chicago, Il 60661

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**