Brooke A. M. Taylor (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Daniel J. Walker (Admitted *Pro Hac Vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff Vasudevan Software, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION<br><br>Defendants. | Case No. 5:09-CV-05897 (RS-PSG)<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFF'S PROPOSED AMENDED INFRINGEMENT CONTENTIONS AND DEFENDANTS' PROPOSED AMENDED INVALIDITY CONTENTIONS** |

WHEREAS, pursuant to Patent L.R. 3-6, Plaintiff Vasudevan Software, Inc. ("VSi") seeks leave to amend its infringement contentions;

WHEREAS, VSi served proposed amended infringement contentions on June 1, 2011;

WHEREAS, VSi believes its can demonstrate the requisite "timely showing of good cause" required by Patent L.R. 3-6 to amend its infringement contentions;

WHEREAS, Defendants International Business Machines Corporation ("IBM") and Oracle Corporation ("Oracle") (collectively, "Defendants") dispute VSi's ability to demonstrate good cause but nevertheless have agreed, in the spirit of compromise, not to object to VSi's proposed amendments served June 1, 2011;

WHEREAS, VSi interprets its infringement contentions served April 27, 2010, to include infringement allegations regarding IBM's Cognos 8 versions 8.1, 8.2, and 8.3;

WHEREAS, IBM disputes that VSi's infringement contentions served April 27, 2010, include infringement allegations regarding IBM's Cognos 8 versions 8.1, 8.2, and 8.3, but nevertheless has agreed, in the spirit of compromise, not to object to VSi's assertion that those infringement contentions implicate Cognos 8 versions 8.1, 8.2, and 8.3;

WHEREAS, pursuant to Patent L.R. 3-6, Defendants seek leave to amend their invalidity contentions;

WHEREAS, Defendants served supplemental invalidity contentions on June 1, 2011;

WHEREAS, Defendants believe they can demonstrate the requisite "timely showing of good cause" required by Patent L.R. 3-6 to amend their invalidity contentions;

WHEREAS, VSi disputes Defendants' ability to demonstrate good cause but nevertheless has agreed, in the spirit of compromise, not to object to Defendants' proposed amended invalidity contentions served June 1, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, that:

1)  VSi may amend its infringement contentions, as reflected in the supplemental infringement contentions served June 1, 2011;

2)  VSi's infringement contentions served April 22, 2010, regarding Cognos 8, are interpreted to include Cognos 8 versions 8.1, 8.2, and 8.3;

3)  Defendants may amend their invalidity contentions, as reflected in the supplemental invalidity contentions served June 1, 2011.

| | | |
|---|---|---|
| 1 | Dated: June 3, 2011 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Eric J. Enger (w/ permission) |
| | | Brooke A. M. Taylor, Lead Attorney |
| 5 | | Admitted *Pro Hac Vice* |
| | | btaylor@susmangodfrey.com |
| 6 | | Daniel J. Walker |
| | | Admitted *Pro Hac Vice* |
| 7 | | dwalker@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 8 | | 1201 Third Avenue, Suite 3800 |
| | | Seattle, Washington 98101-3000 |
| 9 | | (206) 516-3880 |
| | | (206) 516-3883 (fax) |
| 10 | | |
| | | Nabeel H. Peracha |
| 11 | | Admitted *Pro Hac Vice* |
| | | nperacha@susmangodfrey.com |
| 12 | | SUSMAN GODFREY L.L.P. |
| | | 1000 Louisiana Street, Suite 5100 |
| 13 | | Houston, TX  77002-5096 |
| | | (713) 653-7832 |
| 14 | | (734) 262-5165 (fax) |
| 15 | | Stephen E. Morrissey |
| | | CA Bar 187865 |
| 16 | | smorrissey@susmangodfrey.com |
| | | SUSMAN GODFREY L.L.P. |
| 17 | | 1901 Avenue of the Stars, Ste. 950 |
| | | Los Angeles, CA  90067-6029 |
| 18 | | (310) 789-3103 |
| | | (310) 789-3005 (fax) |
| 19 | | |
| | | Michael F. Heim |
| 20 | | Admitted *Pro Hac Vice* |
| | | mheim@hpcllp.com |
| 21 | | Leslie V. Payne |
| | | Admitted *Pro Hac Vice* |
| 22 | | lpayne@hpcllp.com |
| | | Eric J. Enger |
| 23 | | Admitted *Pro Hac Vice* |
| | | eenger@hpcllp.com |
| 24 | | HEIM, PAYNE & CHORUSH, LLP |
| | | 600 Travis Street, Suite 6710 |
| 25 | | Houston, Texas 77002-2912 |
| | | (713) 221-2000 |
| 26 | | (713) 221-2021(fax) |
| 27 | | |
| | | ATTORNEYS FOR PLAINTIFF |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        By:   /s/ Ellen Padilla (w/ permission)
           Dave Nelson (admitted *pro hac vice*)
           davenelson@quinnemanuel.com
           Jennifer Bauer (admitted *pro hac vice*)
           jenniferbauer@quinnemanuel.com
           Ellen Padilla (admitted *pro hac vice*)
           ellenpadilla@quinnemanuel.com
           QUINN EMANUEL URQUHART & SULLIVAN
           500 W. Madison, Suite 2450
           Chicago, IL 60661
           Telephone: (312) 705-7400

           Sean Pak (CA Bar No. 219032)
           seanpak@quinnemanuel.com
           QUINN EMANUEL URQUHART & SULLIVAN
           50 California Street, 22nd Floor
           San Francisco, California 94111
           Telephone:  (415) 875-6600
           Facsimile:  (415) 875-6700

           Matthew Sarboraria (CA Bar No. 211600)
           matthew.sarboraria@oracle.com
           ORACLE CORPORATION
           500 Oracle Parkway, 7th Floor
           Redwood Shores, CA  94065
           Telephone: (650) 506-7200

           *Attorneys for Defendant*
           *Oracle Corporation*

1
2
3          By:  /s/ Joseph A. Loy
           Robert A. Appleby (admitted *pro hac vice*)
4           robert.appleby@kirkland.com
           Jon T. Hohenthaner (admitted *pro hac vice*)
5           jon.hohenthaner@kirkland.com
           Joseph A. Loy (admitted *pro hac vice*)
6           joseph.loy@kirkland.com
           Andrew G. Heinz (admitted *pro hac vice*)
7           andrew.heinz@kirkland.com
           Martin A. Galese (admitted *pro hac vice*)
8           martin.galese@kirkland.com
           KIRKLAND & ELLIS LLP
9           601 Lexington Avenue
10          New York, NY 10022-4675
           Telephone:  (212) 446-4800
11          Facsimile:  (212) 446-4900
12
13          Harper Batts (SBN 242603)
           harper.batts@kirkland.com
14          KIRKLAND & ELLIS LLP
           950 Page Mill Road
15          P.O. Box 51827
           Palo Alto, CA  94304
16          Telephone:  (650) 859-7000
           Facsimile:  (650) 859-7500
17
18          John M. Desmarais (admitted *pro hac vice*)
           jdesmarais@desmarisllp.com
19          DESMARAIS LLP
           230 Park Avenue
20          New York, NY 10169
           Telephone:  212-351-3400
21          Facsimile:  212-351-3401
22
23          *Attorneys for Defendant*
           *International Business Machines Corporation*
24
25
26
27
28

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED this __10th___ day of June, 2011

2  _____

3  United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2011, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

        /s/ Joseph A. Loy
        Joseph A. Loy