Brooke A. M. Taylor (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
Daniel J. Walker (Admitted *Pro Hac Vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77098-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

*Attorneys for Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION<br><br>Defendants. | Case No. 5:09-CV-05897 (RS-PSG)<br><br>**AMENDED JOINT STIPULATED MOTION TO EXTEND TIME FOR RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION AND FOR MOTIONS TO COMPEL RESPONSES TO SAME** |

The parties' responses to all outstanding fact discovery requests are presently due no later than September 16, 2011.  In addition, Civil Local Rule 37-3 provides that no party may file a motion to compel fact discovery later than seven days after the end of fact discovery—in this case, September 23, 2011.

The parties, through undersigned counsel of record, hereby jointly move for an order to extend the deadline for responses to outstanding interrogatories and outstanding requests for admission that are presently due on or before September 16, 2011 to September 23, 2011. The parties also jointly move for an order to extend the deadline under Civil Local Rule 37-3 for filing motions to compel responses to interrogatories and requests for admission from September 23, 2011 to September 30, 2011. The parties do not intend this request to affect any other discovery deadlines.

Dated: September 12, 2011         SUSMAN GODFREY LLP

By: __/s/ Nick Patel_____
Brooke A. M. Taylor
Lead Attorney
WA State Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Stephen Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
Daniel J. Walker
WA State Bar No. 38876 (Admitted *Pro Hac Vice*)
dwalker@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880
(206) 516-3883 (fax)

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77098-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpclip.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)

lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
(713) 221-2000
(713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF
VASUDEVAN SOFTWARE, INC.


By*:   /s/ Ellen Padilla (with permission NPP)*
Dave Nelson (Admitted *Pro Hac Vice*)
davenelson@quinnemanuel.com
Jennifer Bauer (Admitted *Pro Hac Vice*)
jenniferbauer@quinnemanuel.com
Ellen Padilla (Admitted *Pro Hac Vice*)
ellenpadilla@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
500 W. Madison, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400

Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Matthew Sarboraria (CA Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-7200

ATTORNEYS FOR DEFENDANT
ORACLE CORPORATION

---

AMENDED JOINT STIPULATED MOTION TO EXTEND TIME                Case No. 5:09-CV-05897 RS
- 3                                                           12436-v2/1024.0010

1
2          By: ___/s/ Joseph Loy (with permission NPP)_____
           Robert A. Appleby (Admitted *Pro Hac Vice*)
3          robert.appleby@kirkland.com
           Jon T. Hohenthaner (Admitted *Pro Hac Vice*)
4          jon.hohenthaner@kirkland.com
           Joseph A. Loy (Admitted *Pro Hac Vice*)
5          joseph.loy@kirkland.com
           Andrew G. Heinz (Admitted *Pro Hac Vice*)
6           andrew.heinz@kirkland.com
           Martin A. Galese (Admitted *Pro Hac Vice*)
7          martin.galese@kirkland.com
           KIRKLAND & ELLIS LLP
8          601 Lexington Avenue
           New York, NY 10022-4675
9          Telephone:  (212) 446-4800
10         Facsimile:  (212) 446-4900
11
           Harper Batts (SBN 242603)
12         harper.batts@kirkland.com
           KIRKLAND & ELLIS LLP
13         950 Page Mill Road
           P.O. Box. 51827
14         Palo Alto, CA 94304
15         Telephone: (650) 859-7000
           Facsimile:  (650) 859-7500
16
           John M. Desmarais (Admitted *Pro Hac Vice*)
17         jdesmarais@desmaraisllp.com
           DESMARAIS LLP
18         230 Park Avenue
19         New York, NY 10169
           Telephone: (212) 351-3400
20         Facsimile: (212) 351-3401
21
           ATTORNEYS FOR DEFENDANT
22          IBM CORPORATION
23
24
25
26
27
28

AMENDED JOINT STIPULATED MOTION TO EXTEND TIME                Case No. 5:09-CV-05897 RS
- 4                                                           12436-v2/1024.0010

PURSUANT TO THE STIPULATION, IT IS SO ORDERED this  13th  day of September, 2011.

_____
Hon. Richard Seeborg
United States District Judge

AMENDED JOINT STIPULATED MOTION TO EXTEND TIME - 5

Case No. 5:09-CV-05897 RS
12436-v2/1024.0010