UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. AND ORACLE CORP.<br><br>    Defendants. | CASE NO. 5:09-CV-05897-RS<br><br>**SEALING ORDER**<br><br>Honorable Richard Seeborg |

Having considered Oracle Corporation's Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5, Oracle's Opposition to Vasudevan Software, Inc's Motion to Compel Response to Interrogatory No. 12 and Declaration of Ellen Padilla in Support of Oracle's Response to Vasudevan Software, Inc.'s Motion to Compel Response to Interrogatory No. 12 and good cause appearing therefore, IT IS HEREBY ORDERED that Oracle's Opposition to Vasudevan Software, Inc.'s Motion to Compel Response to Interrogatory No. 12 and exhibits B, D, E, F, G, H, I, J, K, L, M, and P are to be filed under seal. Oracle shall file a redacted version of the above documents without delay.

IT IS SO ORDERED.

DATED: 9/13/2011

HONORABLE PAUL GREWAL
United States Magistrate Judge