UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. AND ORACLE CORP.<br><br>Defendants. | CASE NO. 5:09-CV-05897-RS<br><br>**SEALING ORDER REGARDING INFORMATION BELONG TO ORACLE**<br><br>Honorable Richard Seeborg |

Having considered Vasudevan Software, Inc.'s Administrative Motion to File Documents Under Seal Pursuant to Civil L.R. 79-5 (D.I. 243), Plaintiff Vasudevan Software, Inc.'s Motion to Compel Response to Interrogatory No. 12 to Oracle Corporation (D.I. 244 & 245) and Declaration of Ellen Padilla Pursuant to Civil L.R. 79-5(d) Regarding D.I. 243, 244 & 245, and good cause appearing therefor, IT IS HEREBY ORDERED that Exhibits 5-15, 17-21are to be filed under seal.

**IT IS SO ORDERED.**

DATED: 9/13/2011

_____
HONORABLE PAUL GREWAL
United Staes Magistrate Judge