UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 09-05897 RS (PSG)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**(Re: Docket No. 255)** |

The court has reviewed the Motion for administrative Relief by Plaintiff Vasudevan Software, Inc. ("VSi"), to file under seal Exhibit 1 to the Declaration of Daniel J. Walker in support of VSi's Reply in Support of VSi's Motion to Compel Response to Interrogatory No. 12 to Defendant Oracle Corporation ("Oracle"). Exhibit 1 is an excerpt of a deposition that Oracle designated "Highly Confidential - Attorney's Eyes Only" pursuant to the protective order in this case. VSi based its administrative motion on Oracle's confidentiality designation.

Pursuant to Civil L.R. 75-9, Oracle had until September 7, 2011 to file with the court and serve a declaration establishing that VSi's Exhibit 1 is sealable, or to withdraw the designation of confidentiality. Oracle has not filed or served any such declaration. Accordingly, the court hereby DENIES the administrative motion to file under seal Exhibit 1 to the Declaration of Daniel J.

Walker in support of VSi's Reply in Support of VSi's Motion to Compel.

IT IS SO ORDERED.

Dated: 9/15/2011

                                             PAUL S. GREWAL
                                             United States Magistrate Judge