Robert A. Appleby (admitted *pro hac vice*)
robert.appleby@kirkland.com
Jon T. Hohenthaner (admitted *pro hac vice*)
jon.hohenthaner@kirkland.com
Joseph A. Loy (admitted *pro hac vice*)
joseph.loy@kirkland.com
Andrew G. Heinz (admitted *pro hac vice*)
andrew.heinz@kirkland.com
Martin A. Galese (admitted *pro hac vice*)
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Harper Batts (SBN 242603)
harper.batts@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
P.O. Box 51827
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Attorneys for Defendant
*International Business Machines Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION <br><br> Defendants. | Case No. 5:09-CV-05897 (RS-PSG) <br><br><br> **JOINT STIPULATED MOTION TO STAY ALL PENDING DEADLINES REGARDING PLAINTIFF VSI AND DEFENDANT IBM** |

Plaintiff Vasudevan Software, Inc. ("VSi") and Defendant International Business Machines Corporation ("IBM") have reached a settlement in principle of all claims and counterclaims between the aforementioned parties in the above-captioned matter. Accordingly,

VSi and IBM, though undersigned counsel of record, seek a stay of all pending deadlines so that they may finalize their agreement.  Upon finalization of the agreement, the parties will promptly notify the Court.  Should VSi and IBM be unable to finalize their agreement by October 31, 2011, the parties will file a status report by that date.

Dated:  September 27, 2011              KIRKLAND AND ELLIS LLP

By:___/s/ Joseph A. Loy_____
Robert A. Appleby (Admitted *Pro Hac Vice*)
robert.appleby@kirkland.com
Jon T. Hohenthaner (Admitted *Pro Hac Vice*)
jon.hohenthaner@kirkland.com
Joseph A. Loy (Admitted *Pro Hac Vice*)
joseph.loy@kirkland.com
Andrew G. Heinz (Admitted *Pro Hac Vice*)
andrew.heinz@kirkland.com
Martin A. Galese (Admitted *Pro Hac Vice*)
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Harper Batts (SBN 242603)
harper.batts@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
P.O. Box. 51827
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile:  (650) 859-7500

John M. Desmarais (Admitted *Pro Hac Vice*)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

JOINT STIPULATED MOTION TO STAY              - 2              Case No. 5:09-CV-05897 RS

|   |   |
|---|---|
| 1 | ATTORNEYS FOR DEFENDANT |
| 2 | IBM CORPORATION |
| 3 | SUSMAN GODFREY LLP |

By: ___/s/ Eric Enger (w/ permission JAL)_____
Brooke A. M. Taylor
Lead Attorney
WA State Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Stephen Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880
(206) 516-3883 (fax)

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77098-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpclip.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
(713) 221-2000
(713) 221-2021(fax)

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED this 27th day of September,
2 | 2011.

3 | _____
| Hon. Richard Seeborg
4 | United States District Judge