*E-Filed 9/29/11*

Dave Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
Jennifer Bauer (admitted *pro hac vice*)
jenniferbauer@quinnemanuel.com
Ellen Padilla (admitted *pro hac vice*)
ellenpadilla@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
500 W. Madison, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400

Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Matthew Sarboraria (CA Bar No. 211600)
ORACLE CORPORATION
500 Oracle Parkway, 7th Floor
Redwood Shores, CA   94065
Telephone: (650) 506-7200
matthew.sarboraria@oracle.com

Attorneys for Defendant
ORACLE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. and ORACLE CORP.<br><br>           Defendants. | CASE NO. 5:09-CV-05897-RS<br><br>**JOINT STIPULATED MOTION TO STAY ALL PENDING DEADLINES REGARDING PLAINTIFF VSI AND DEFENDANT ORACLE** |

Plaintiff Vasudevan Software, Inc. ("VSi") and Defendant Oracle Corporation ("Oracle") have reached a settlement in principle of all claims and counterclaims between the aforementioned parties in the above-captioned matter.   Accordingly, VSi and Oracle, though undersigned counsel of record, seek a stay of all pending deadlines so that they may finalize their agreement.   Upon finalization of the agreement, the parties will promptly notify the Court.   Should VSi and Oracle

1  be unable to finalize their agreement by October 31, 2011, the parties will file a status report by
2  that date.
3
4                                                  QUINN EMANUEL URQUHART &
5                                                  SULLIVAN
6
7  DATED: September 27, 2011              By:    /s/ Nathan Hamstra
8
                                                 Dave Nelson (*admitted pro hac vice*)
9                                                davenelson@quinnemanuel.com
                                                 Jennifer Bauer (*admitted pro hac vice*)
10                                               jenniferbauer@quinnemanuel.com
                                                 Ellen Padilla (*admitted pro hac vice*)
11                                               ellenpadilla@quinnemanuel.com
                                                 QUINN EMANUEL URQUHART & SULLIVAN
12                                               500 W. Madison, Suite 2450
                                                 Chicago, IL 60661
13                                               Telephone: (312) 705-7400
14
                                                 Sean Pak (CA Bar No. 219032)
15                                               seanpak@quinnemanuel.com
                                                 QUINN EMANUEL URQUHART & SULLIVAN
16                                               50 California Street, 22nd Floor
                                                 San Francisco, California 94111
17                                               Telephone:   (415) 875-6600
                                                 Facsimile:   (415) 875-6700
18
19                                               Matthew Sarboraria (CA Bar No. 211600)
                                                 matthew.sarboraria@oracle.com
20                                               ORACLE CORPORATION
                                                 500 Oracle Parkway, 7th Floor
21                                               Redwood Shores, CA   94065
                                                 Telephone: (650) 506-7200
22
23                                               *Attorneys for Defendant*
                                                 *Oracle Corporation*
24
25
26
27
28

1
2
3
4          SUSMAN GODFREY L.L.P
5
           By:    /s/ Eric Enger (w/ permission NAH)
6
7          Brooke A. M. Taylor
           Lead Attorney
8          WA State Bar No. 33190 (*Admitted Pro Hac Vice*)
           btaylor@susmangodfrey.com
9          Stephen Morrissey
           CA Bar 187865
10         smorrissey@susmangodfrey.com
           SUSMAN GODFREY L.L.P.
11         1201 Third Avenue, Suite 3800
           Seattle, Washington 98101-3000
12         (206) 516-3880
           (206) 516-3883 (fax)
13
           Nabeel H. Peracha
14         TX Bar 24065895 (*Admitted Pro Hac Vice*)
           nperacha@susmangodfrey.com
15         SUSMAN GODFREY L.L.P.
           1000 Louisiana Street, Suite 5100
16         Houston, Texas 77098-5096
           Telephone:   (713) 651-9366
17         Facsimile:   (713) 654-6666

18         Michael F. Heim
           TX Bar No. 09380923 (*Admitted Pro Hac Vice*)
19         mheim@hpclip.com
           Leslie V. Payne
20         TX Bar No. 00784736 (*Admitted Pro Hac Vice*)
           lpayne@hpcllp.com
21         Eric J. Enger
           TX Bar No. 24045833 (*Admitted Pro Hac Vice*)
22         eenger@hpcllp.com
           Nick P. Patel
23         TX Bar No. 24076610 (*Admitted Pro Hac Vice*)
           npatel@hpcllp.com
24         HEIM, PAYNE & CHORUSH, LLP
           600 Travis Street, Suite 6710
25         Houston, Texas 77002-2912
           (713) 221-2000
26         (713) 221-2021(fax)

27         *Attorneys for Plaintiff Vasudevan Software Incorporated*
28

-3-                                                             Case No. :09-CV-05897-RS
JOINT STIPULATED MOTION TO STAY ALL PENDING DEADLINES REGARDING PLAINTIFF VSI AND DEFENDANT ORACLE

1   PURSUANT TO THE STIPULATION, IT IS SO ORDERED this  29th  day of September,
2   2011.
3
4   _____
    Hon. Richard Seeborg
5   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28