| | |
|---|---|
| 1 | Dave Nelson (*admitted pro hac vice*) |
| | davenelson@quinnemanuel.com |
| 2 | Jennifer Bauer (*admitted pro hac vice*) |
| | jenniferbauer@quinnemanuel.com |
| 3 | Ellen Padilla (*admitted pro hac vice*) |
| | ellenpadilla@quinnemanuel.com |
| 4 | QUINN EMANUEL URQUHART & SULLIVAN |
| | 500 W. Madison, Suite 2450 |
| 5 | Chicago, IL 60661 |
| | Telephone: (312) 705-7400 |
| 6 | Facsimile: (312) 705-7401 |

Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Matthew Sarboraria (CA Bar No. 211600)
ORACLE CORPORATION
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-7200
matthew.sarboraria@oracle.com

Attorneys for Defendant
Oracle Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 5:09-CV-05897 (RS) |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION | |
| Defendants. | |

Pursuant to the provisions of Fed. F. Civ. P. 41, Plaintiff Vasudevan Software, Inc., by and through its counsel of record, hereby dismisses with prejudice all claims asserted by it against Oracle Corporation in the above captioned matter. Also, pursuant to the provisions of Fed. R. Civ.

01384.30021/4378781.1

P. 41, Defendant Oracle Corporation, hereby dismisses with prejudice all counterclaims asserted by it against Vasudevan Software, Inc. in the above captioned matter. Each side will bear its own fees and costs.

Dated:  October 11, 2011                     By: __/s/ Eric Enger_____
                                             Brooke A. M. Taylor, Lead Attorney
                                             Admitted *Pro Hac Vice*
                                             btaylor@susmangodfrey.com
                                             Daniel J. Walker
                                             Admitted *Pro Hac Vice*
                                             dwalker@susmangodfrey.com
                                             SUSMAN GODFREY L.L.P.
                                             1201 Third Avenue, Suite 3800
                                             Seattle, Washington 98101-3000
                                             (206) 516-3880
                                             (206) 516-3883 (fax)

                                             Stephen E. Morrissey
                                             CA Bar 187865
                                             smorrissey@susmangodfrey.com
                                             SUSMAN GODFREY L.L.P.
                                             1901 Avenue of the Stars, Ste. 950
                                             Los Angeles, CA  90067-6029
                                             (310) 789-3103
                                             (310) 789-3005 (fax)

                                             Michael F. Heim
                                             Admitted *Pro Hac Vice*
                                             mheim@hpcllp.com
                                             Leslie V. Payne
                                             Admitted *Pro Hac Vice*
                                             lpayne@hpcllp.com
                                             Eric J. Enger
                                             Admitted *Pro Hac Vice*
                                             eenger@hpcllp.com
                                             HEIM, PAYNE & CHORUSH, LLP
                                             600 Travis Street, Suite 6710
                                             Houston, Texas 77002-2912
                                             (713) 221-2000
                                             (713) 221-2021(fax)

                                             *Attorneys for Plaintiff Vasudevan Software, Inc.*


                                             By: __/s/_ Jennifer Bauer_____
                                             Dave Nelson (admitted *pro hac vice*)
                                             davenelson@quinnemanuel.com
                                             Jennifer Bauer (admitted *pro hac vice*)
                                             jenniferbauer@quinnemanuel.com
                                             Ellen Padilla (admitted *pro hac vice*)

01384.30021/4378781.1

ellenpadilla@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
500 W. Madison, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400

Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Matthew Sarboraria (CA Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway, 7th Floor
Redwood Shores, CA 94065
Telephone: (650) 506-7200

*Attorneys for Defendant Oracle Corporation*

01384.30021/4378781.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of October, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

/s/ __Jennifer Bauer_____

01384.30021/4378781.1