UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco ~~SAN JOSE~~ DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. AND ORACLE CORP.<br><br>Defendants. | CASE NO. 5:09-CV-05897-RS<br><br>[~~PROPOSED~~] ORDER<br><br>Honorable Richard Seeborg |

CAME ON THIS DAY for consideration of the **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** of all claims and counterclaims asserted between plaintiff, Vasudevan Software, Inc., and defendant Oracle Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Vasudevan Software, Inc., and defendant Oracle Corporation, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

DATED: 10/11/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

01384.30021/4378781.1