1 (Counsel listed below)

4 *E-Filed 10/19/11*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | Case No. 5:09-CV-05897 (RS-PSG) |
| Plaintiff, | |
| vs. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and ORACLE CORPORATION | |
| Defendants. | |

Plaintiff Vaudevan Software, Inc. ("VSi") and Defendant International Business Machines Corporation ("IBM"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

    1. All claims between VSi and IBM, including all claims presented by VSi's Complaint and any IBM counterclaim, shall be dismissed with prejudice; and

    2. VSi and IBM each shall bear their own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: October 19, 2011 | KIRKLAND AND ELLIS LLP |

By: /s/ Joseph A. Loy
Robert A. Appleby (Admitted *Pro Hac Vice*)
robert.appleby@kirkland.com
Jon T. Hohenthaner (Admitted *Pro Hac Vice*)
jon.hohenthaner@kirkland.com
Joseph A. Loy (Admitted *Pro Hac Vice*)
joseph.loy@kirkland.com
Andrew G. Heinz (Admitted *Pro Hac Vice*)
andrew.heinz@kirkland.com
Martin A. Galese (Admitted *Pro Hac Vice*)
martin.galese@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Harper Batts (SBN 242603)
harper.batts@kirkland.com
KIRKLAND & ELLIS LLP
950 Page Mill Road
P.O. Box. 51827
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile:  (650) 859-7500

John M. Desmarais (Admitted *Pro Hac Vice*)
jdesmarais@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

ATTORNEYS FOR DEFENDANT
IBM CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUSMAN GODFREY LLP

By: /s/ Eric J. Enger (w/ permission JAL)
Brooke A. M. Taylor
Lead Attorney
WA State Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Stephen Morrissey
CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
(206) 516-3880
(206) 516-3883 (fax)

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)
nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77098-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpclip.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
(713) 221-2000
(713) 221-2021(fax)

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED this  19  day of October, 2011.

_____
Hon. Richard Seeborg
United States District Judge